No. 113. ROTH ET AL. *v.* HYER ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Fifth Circuit denied. *Mr. Lloyd B. Kanter* for petitioners. *Messrs. J. Thomas Gurney* and *Hugh Ackerman* for respondents.